UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUDLEY W. JACKLINE,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>Respondent. | No. 2: 19-cv-1046 KJM KJN P<br><br><br><br>ORDER |

Petitioner is a proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 19, 2019, the undersigned dismissed the petition with thirty days to file an amended petition. (ECF No. 8.) Thirty days passed from July 19, 2019, and petitioner did not file an amended petition. Accordingly, on September 3, 2019, the undersigned recommended that this action be dismissed. (ECF No. 10.)

On September 12, 2019, petitioner filed objections to the findings and recommendations. (ECF No. 11.) Petitioner alleges that it is difficult for him to prepare petitions because he has to make hand copies. (Id.) Petitioner also alleges that he has difficulty getting to the law library. (Id.)

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The September 3, 2019 findings and recommendations (ECF No. 10) are vacated;

2. Petitioner is granted thirty days to file an amended petition.

Dated: September 18, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jack1046.vac