UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUDLEY W. JACKLINE,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>Respondent. | No. 2: 19-cv-1046 KJM KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 19, 2019, the undersigned dismissed the petition with thirty days to file an amended petition. (ECF No. 8.) On September 19, 2019, the undersigned granted petitioner a thirty days extension of time to file an amended petition. (ECF No. 12.)

Thirty days passed from September 19, 2019, and petitioner did not file an amended petition. However, on September 26, 2019, petitioner filed a letter with the court. (ECF No. 13.) In this letter, petitioner appears to allege that he was recently convicted of criminal charges in Sacramento County Superior Court. (Id.) The undersigned cannot construe the September 26, 2019 letter as an amended petition.

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner is granted twenty-one days from the date of this order to file an amended petition. If petitioner does not file an amended petition within that time, the undersigned will recommend that this action be dismissed.

Dated: November 8, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jack1046.ord